JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DR. THOMAS R. ZIEGLER,<br><br>Administrator CTA of the<br>Estate of James Reed<br>Harris, Deceased<br><br>Plaintiff,<br><br>vs.<br><br>HARLEY G. LAPPIN, *et al.*,<br><br>Defendants. | Case No. EDCV 06-0664-VBF (AJW)<br><br>[PROPOSED] ORDER |

It is hereby ordered that this case is DISMISSED in its entirety without prejudice.

April 29, 2010

*Valerie Baker Fairbank*
The Hon. Valerie B. Fairbank
United States District Judge